ORDERED.

**Dated:  May 31, 2018**

Karen S. Jennemann
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

|  |  |
|---|---|
| **IN RE:** | **Case No:**  **6:18-bk-00025-KSJ** |
| **EUGENIO VELEZ, JR.** |  |
|  | **Chapter 13** |
| **Debtor** |  |

### Order Granting Trustee's Motion to Dismiss for Failure to Maintain Plan Payments

THIS CASE came on for consideration upon the Trustee's Motion to Dismiss Case for Failure to Maintain Timely Plan Payments (Document No. 21).  The Court, having found that the Debtor failed to become current under the Motion, finds that this case should be dismissed.

Accordingly, it is hereby ORDERED AND ADJUDGED AS FOLLOWS:

1. The Motion to Dismiss is granted and this case is dismissed.

2. If the automatic stay imposed by 11 U.S.C. § 362(a) or § 1301 is in effect at the time this Order is entered, the stay is extended 14 days from the date of this Order, notwithstanding the provisions of 11 U.S.C. § 362(c)(2)(B).

3. The Trustee shall refund all funds on hand, if any, to the Debtor in care of the Debtor's attorney, when represented by an attorney.

4. The effective date of this order is delayed fourteen (14) days to permit the Debtor to file a Notice of Conversion, along with the $25.00 trustee surcharge required by the Bankruptcy Court Fee Schedule.

5. All pending hearings are canceled with the exception of any hearing on a motion for relief from stay currently scheduled within 14 days from the date of this order and any hearing on an Order to Show Cause over which the Court reserves jurisdiction.

6. The Debtor, the Trustee, or any party in interest, may, within 14 days from the date of this Order, request the Court to examine the fees paid to Debtor's attorney and request disgorgement of any portion deemed excessive. The Court shall retain jurisdiction for this purpose.

7. The Trustee is discharged from any further duties.

Copies furnished to: All Creditors and Interested Parties.

Trustee Laurie K Weatherford is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.